IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DOMINIQUE D. MIKEL,<br><br>    Plaintiff,<br><br>  v.<br><br>CLAXTON POULTRY FARMS, INC.; and MIKE BLAND,<br><br>    Defendants. | CIVIL ACTION NO.: 6:19-cv-118 |

**O R D E R**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4). Plaintiff did not file Objections to the Report and Recommendation. In fact, the Report and Recommendation was returned to the Court as undeliverable, with the notations: "Return to Sender, Discharged, Refused, Unable to Forward." (Doc. 5.) Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 30th day of December, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA