AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DOMINIQUE D. MIKEL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-118

CLAXTON POULTRY FARMS, INC.; and
MIKE BLAND,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated December 30, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered dismissing Plaintiff's Complaint and denying Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____

| January 6, 2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |

(By) Deputy Clerk

GAS Rev 10/2020